UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JESUS CORDERO MENDOZA,<br><br>Petitioner,<br><br>v.<br><br>DHS,<br><br>Respondent. | Case No. 5:26-cv-04780-AH-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"), the Answer to the Petition (Dkt. 6), and the Report and Recommendation of the magistrate judge (Dkt. 8, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered:

1. Granting the Petition, in part, with Respondent ORDERED to:

a. hold an individualized bond hearing before an immigration judge for **<u>Jesus Cordero Mendoza (A# 245 929 949)</u>** within seven (7) days of the date of this Order at which <u>the government shall bear the burden of proving by clear and</u>

convincing evidence that Petitioner is a flight risk or a danger to the community that no conditions of release can offset with instructions that the immigration judge (i) has jurisdiction under 8 U.S.C. § 1226(a) to consider bond; and (ii) must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; OR

b. release Petitioner from custody subject only to his prior conditions of release if he is not timely provided the bond hearing described immediately above; and

2. Denying the Petition without prejudice as to all other relief sought.

IT IS SO ORDERED.

Dated: SEPTEMBER 30, 2026

ANNE HWANG
United States District Judge