UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JESUS CORDERO MENDOZA,

Petitioner,

v.

DHS,

Respondent.

Case No. 5:26-cv-04780-AH-JDE

JUDGMENT

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the Petition is:

(1) GRANTED, in part, with Respondent ORDERED to:

a. hold an individualized bond hearing before an immigration judge for **Jesus Cordero Mendoza (A# 245 929 949)** within seven (7) days of the date of this Judgment at which the government shall bear the burden of proving by clear and convincing evidence that Petitioner is a flight risk or a danger to the community that no conditions of release can offset with instructions that the immigration judge (i) has

jurisdiction under 8 U.S.C. § 1226(a) to consider bond; and (ii) must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; OR

b. release Petitioner from custody subject only to his prior conditions of release if he is not timely provided the bond hearing described immediately above; and

(2) DENIED without prejudice as to all other relief sought.

Dated: SEPTEMBER 30, 2026

ANNE HWANG
United States District Judge